MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CA 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROSEMARY VALENZUELA,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:18-cv-1100-EPG<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT**<br><br>(ECF No. 14) |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

    Upon remand, the Appeals Council will remand this case to an Administrative Law Judge (ALJ) and direct him or her to re-evaluate the severity of Plaintiff's medically determinable impairments step two of the sequential evaluation. The Appeals Council will also

STIPULATION AND ORDER TO REMAND

direct the ALJ to take any further action deemed necessary to develop the record and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted this 9th day of April 2019.

Dated:  April 9, 2019			*/s/  Brian C. Shaprio\**
					BRIAN P. SHAPIRO
					Attorney for Plaintiff
					*Authorized via e-mail on April 8, 2019

					MCGREGOR W. SCOTT
					United States Attorney
					DEBORAH LEE STACHEL
					Regional Chief Counsel, Region IX
					Social Security Administration

				By:	/s/ *Ellinor R. Coder*
					ELLINOR R. CODER
					Special Assistant United States Attorney

					Attorneys for Defendant

STIPULATION AND ORDER TO REMAND

1 **ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (ECF No. 14), and for cause shown,

**IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

IT IS SO ORDERED.

Dated: **April 9, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO REMAND