# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY VALENZUELA,<br><br>　　　　Plaintiff,<br>　vs.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:18-cv-01100-EPG<br><br>ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(ECF No. 17) |

Pursuant to the parties' stipulation for the award and payment of attorney fees under the Equal Access to Justice Act ("EAJA"). (ECF No. 17.)

IT IS ORDERED that Plaintiff is awarded attorney fees in the amount of ONE THOUSAND EIGHT HUNDRED FIFTY dollars ($1850) under the EAJA, 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation, including the United States Department of the Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Any payment shall be delivered to Plaintiff's counsel.

IT IS SO ORDERED.

Dated: **August 13, 2019**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-